## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF KENTUCKY, AT LOUISVILLE

| | |
|---|---|
| DAVID WHITEHOUSE, ) | *ELECTRONICALLY FILED* |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:16-CV-840-DJH |
| ) | |
| MIDLAND FUNDING, LLC, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| Defendant. ) | |

Please take notice that Plaintiff David Whitehouse has resolved his dispute with Defendant Midland Funding, LLC and proposed defendant Fenton & McGarvey Law Firm, P.S.C. [*See* D.E. 12, 12-1]. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal with Prejudice within thirty to forty-five days.

Respectfully submitted this 19th day of October, 2017.

**DINSMORE & SHOHL LLP**

/s/ Joseph N. Tucker
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
101 S. Fifth Street
Suite 2500
Louisville, KY 40202
502-540-2300 - phone
502-585-2207 - fax
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant Midland Funding, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been filed this 19th day of October 2017, and served using the Court's ECF system to the following.

| | |
|---|---|
| James McKenzie | James H. Lawson |
| James R. McKenzie Attorney, PLLC | Lawson at Law, PLLC |
| 115 S. Sherrin Avenue, Suite 5 | 115 S. Sherrin Avenue, Suite 5 |
| Louisville, Kentucky 40207 | Louisville, Kentucky 40207 |
| jmckenzie@jmckenzielaw.com | james@kyconsumerlaw.com |

      /s/ Joseph N. Tucker
      *Counsel for Defendant Midland Funding, LLC*

11730745v1