UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAVID WHITEHOUSE,            Plaintiff,

v.            Civil Action No. 3:16-cv-840-DJH-DW

MIDLAND FUNDING, LLC,            Defendant.

\* \* \* \* \*

## **ORDER**

The parties having agreed to a settlement of all matters in this case (Docket No. 21), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All pending motions are **DENIED** as moot. All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated.

October 20, 2017

*[signature]*

**David J. Hale, Judge
United States District Court**

1